UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN KEITH RICHARDSON,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH PIAZZA, et al.,<br><br>Respondents. | CIVIL ACTION<br><br>No. 07-2065 |

## ORDER

**AND NOW**, this 20th day of January, 2010, upon consideration of petitioner's Amended Habeas Corpus Petition (Docket No. 15), respondents' Answer (Docket No. 24), petitioner's Reply (Docket No. 25), the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Docket No. 26), petitioner's Objections to Report and Recommendation (Docket No. 27), petitioner's Petition for Review and Reconsideration (Docket No. 30), and the record herein, and for the reasons provided in the accompanying opinion, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED IN MAJOR PART** and **NOT ADOPTED IN MINOR PART**, as set forth in the accompanying opinion;

2. The petition for a writ of habeas corpus is **DISMISSED**;

3. A Certificate of Appealability is **NOT GRANTED**; and

4. The Petition for Review and Reconsideration is **DENIED**.

/s/Louis H. Pollak

Pollak, J.