# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN KEITH RICHARDSON, <br><br> Petitioner, <br><br> v. <br><br> JOSEPH PIAZZA, et al., <br><br> Respondents. | CIVIL ACTION <br><br> No. 07-2065 |

### **MEMORANDUM/ORDER**

Petitioner Melvin Keith Richardson has filed a notice of appeal from this court's order dismissing his petition for a writ of habeas corpus, and seeks leave to proceed with that appeal *in forma pauperis*. Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, petitioner must submit "an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

Mr. Richardson's affidavit complies with the second of these requirements, but omits a statement of the issues to be presented on appeal. The affidavit also does not include all of the detail sought in Form 4 of the Appendix of Forms.

Accordingly, this 2nd day of March, 2010, it is hereby **ORDERED** that Mr. Richardson's Request to Proceed on Appeal *In Forma Pauperis* (docket no. 37) is **DENIED WITHOUT PREJUDICE**. Mr. Richardson may refile a new request that fully

complies with Rule 24(a)(1).  Copies of that Rule and Form 4 are attached to this Order for Mr. Richardson's reference.

                                                  BY THE COURT:

                                                  /s/Louis H. Pollak
                                                  Pollak, J.