# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN KEITH RICHARDSON, <br><br> Petitioner, <br><br> v. <br><br> JOSEPH PIAZZA, et al., <br><br> Respondents. | CIVIL ACTION <br><br> No. 07-2065 |

### MEMORANDUM/ORDER

On April 2, 2010, petitioner Melvin Keith Richardson filed a request to appeal this court's order dated January 20, 2010 *in forma pauperis*. Because the Third Circuit granted Richardson *in forma pauperis* status on April 1, 2010, it is hereby **ORDERED** that the request made to this court (docket no. 40) is **DISMISSED AS MOOT**.

BY THE COURT:

April 27, 2010

/s/ Louis H. Pollak
Pollak, J.