IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN KEITH RICHARDSON,** : | |
| Petitioner, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | |
| **JOSEPH PIAZZA, et al.,** : | **NO. 07-2065** |
| Respondents. : | |
| : | |

## ORDER

**AND NOW**, this __18th___ day of December, 2015, pursuant to the Order of the Court of Appeals for the Third Circuit dated January 23, 2013 (Doc. 54), and upon consideration of Petitioner's Memorandum (Doc 71), Respondents' Brief in Opposition (Doc. 75), and Petitioner's Letter Response in Support (Doc. 77), **IT IS HEREBY ORDERED AND DECREED** that:

1. The petition for writ of habeas corpus is **DENIED**; and

2. A Certificate of Appealability is **NOT GRANTED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**